JS-6 / **ENTER**



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| TERESA MACKAY, | ) Case No. EDCV 09-1453-MLG |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: March 22, 2010

*MARC L. GOLDMAN*
MARC L. GOLDMAN
United States Magistrate Judge

